EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00422 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| YONG KIM,                (01), | ) | |
| Y.K.B., Inc. doing       (02), | ) | |
|   business as "Brudda's | ) | |
|   Market," | ) | |
| | ) | |
| Defendants. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information against Yong Kim and Y.K.B., Inc., doing business as "Brudda's Market" on the ground(s) that defendants have already

pled guilty and have been sentenced to a similar Information in United States District Court Criminal No. 05-00113 JMS.

The defendants are not in custody on the dismissed charge listed above.

DATED:  June 13, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By /s/ Michael K. Kawahara
>   MICHAEL K. KAWAHARA
>   Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, June 14, 2006.



_____
David Alan Ezra
United States District Judge

United States v. Yong Kim, et al.
Cr. No.  04-00422 DAE
Order for Dismissal

copies:    United States Marshal
           Drug Enforcement Administration
           Attorney for Defendant

2